**IN RE: John Francis CURRAN, III, Petitioner.**

**No. 17-1872**

United States Court of Appeals, Fourth Circuit.

Submitted: November 1, 2017

Decided: November 8, 2017

John F. Curran, III, Petitioner Pro Se.

Before MOTZ, KING, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Francis Curran, III, petitions for a writ of mandamus, alleging that the district court has unduly delayed in acting on his civil action. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*